# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Case No. 07-cr-00402-LTB-2**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**2.    JAVIER FRANCISCO LUEVANO,**

    **Defendant.**

---

## ORDER TO SEAL DOCUMENT NOS. 108 AND 109

---

The Court has for consideration the Government's Motion to Seal Document Nos. 108 and 109, wherein the Government asks this Court to seal Document Nos. 108 and 109, and any order resulting from Document Nos. 108 and 109. Upon consideration, it is

ORDERED that Document Nos. 1008 and 109, and any order issued by this Court with regard to Document Nos. 108 and 109, are hereby sealed until further order of this Court.

SO ORDERED this ___9th___ day of May, 2008.

                        BY THE COURT:

                        ___s/Lewis T. Babcock___
                        JUDGE LEWIS T. BABCOCK
                        UNITED STATES DISTRICT COURT
                        DISTRICT OF COLORADO