IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00402-LTB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.     JAVIER FRANCISCO LUEVANO,

    Defendant.

---

## ORDER

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this ___9th___ day of May, 2008.

BY THE COURT:

    s/Lewis T. Babcock
JUDGE LEWIS T. BABCOCK
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO